Peter Zahn, Esq. (SBN 154167)
COUNSEL DIRECT
12625 High Bluff Drive, Suite 110
San Diego, CA 92130
Phone: (858) 259-6555
Fax: (858) 259-6559

Attorney for Plaintiff Autosplice, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOSPLICE, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATES WORLDCARGO, INC., a New Jersey corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 06-CV-2766-BEN (JMA)<br><br>JOINT STIPULATION OF DISMISSAL |

BY FAX

COME NOW plaintiff Autosplice, Inc., by and through its attorney Peter Zahn, and defendant Allstates Worldcargo, Inc., by and through its attorney Alfred J. Will (plaintiff and defendant referred to collectively as the "Parties"). The Parties jointly stipulate to dismiss this case with prejudice, and support their Joint Stipulation as follows:

1. This action was removed by defendant to this Court from the Superior Court of California on December 22, 2006.

2. The Parties have fully negotiated and resolved all of the issues raised in plaintiff's Complaint in this action. They have reached a settlement and release in connection with said Complaint.

3. In light of the foregoing, the Parties wish to dismiss the entire action and all causes of action therein.

- 1 -

STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE

WHEREFORE, the Parties hereby stipulate to and agree that this case be dismissed with prejudice.

Dated: June 11, 2007

COUNSEL DIRECT

*[signature]*

Peter Zahn
Attorney for Plaintiff Autosplice, Inc.

Dated: June 11, 2007

BADIAK & WILL, LLP

*[signature]*

Alfred J. Will
Attorney for Defendant Allstates Worldcargo, Inc.

## ORDER

The Court, having reviewed the foregoing Joint Stipulation, and good cause therefore appearing, hereby orders that this action be dismissed with prejudice.

Dated: June 19, 2007

*[signature]*

Hon. ~~JAN M. ADLER~~ Roger T. Benitez
UNITED STATES ~~MAGISTRATE~~ District JUDGE